

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00037-CR

| | | |
|---|---|---|
| DERRICK WALTON, Appellant | § | On Appeal from the 362nd District Court |
| | § | of Denton County (F17-2959-431) |
| V. | § | February 17, 2022 |
| | § | Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $2,000 General Fine and the $15.00 Time Payment Fee from the Bill of Costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker